# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BOBBY McREYNOLDS**                                                **PLAINTIFF**
**ADC #088361**

**VS.**                                          **4:20cv00920-BRW-JJV**

**RONALD CHISM,** *et al*.                                        **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 22nd day of September, 2020.

                                                     Billy Roy Wilson_____
                                                     UNITED STATES DISTRICT JUDGE