# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BOBBY McREYNOLDS**                                                                                  **PLAINTIFF**
**ADC #088361**

**VS.**                                              **4:20cv00920-BRW**

**RONALD CHISM,** *et al*.                                                                            **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 22nd day of September, 2020.


                                                  Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE